IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                    CASE NO. 21-10142-RAM
ISABEL FERNANDEZ                     CHAPTER 13

    Debtors,
_____/

## OBJECTION TO CLAIMS ON SHORTENED NOTICE

**IMPORTANT NOTICE TO CREDITORS: THIS IS AN OBJECTION TO YOUR CLAIM**

IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING (SEE LOCAL RULE 3015-3(A)(2))

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedite hearing on this objection will be schedule on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(b)(2).

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Debtors object to the following claim filed in this case:

| Claim No. | Name of Claimant | Basis for Objection and Recommended Disposition |
|---|---|---|
| 4-1 | U.S. Bank, National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC3 | Debtor objects to the Proof of Claim 4-1 filed by Creditor, U.S. Bank, National Association, since the account history attached has incorrect charges in the Escrow history which impacts the Debtor negatively and highly. The Loan Payment History shows a tax disbursement on June 13, 2019, for $1256.52 which does not appear on the Miami-Dade tax records attached hereto as Exhibit "A". In addition, the insurance amounts are very high, ranging from over $5000.00 to nearly $10,000 in one year. The insurance charges are unreasonable, and the Creditor failed to provide the notice of escrow changes to the Debtor and did not provide Debtor |

with the opportunity to obtain reasonable and feasible insurance. In addition, there are other charges in the account, which are unreasonable. The Creditor charged inspection fees while the account was being paid and BPO charge. These expenses were not needed at the time that they were charged. In addition, there are property preservation charges and reclass charges which are not needed since the Debtor is living on the property. Therefore, the Debtor, requests the the following disposition: Reduce the escrow arrears and the prepetition fees to the correct amounts and change the monthly escrow based on corrections and credits.

Therefore, FERNANDEZ, requests the following disposition: Reduce the arrears on the Proof of Claim to $54,000 and regular payment to $1,104.34.

---

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Dated: April 23, 2021

                                      CORONA LAW FIRM, P.A.

                                      /s/ Ricardo Corona, Esq.
                                      RICARDO CORONA, ESQ.
                                      Florida Bar No. 111333
                                      3899 NW 7 Street
                                      Suite 202-B
                                      Miami, FL 33126
                                      (305) 547-1234 Phone
                                      (305) 266-1151 Fax
                                      bk@coronapa.com

Credit Mailing Matrix
Case No.: 21-10142-RAM

**Sent via Electronic Means**
Office of US Trustee
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**Sent via Electronic Means**
Nancy K. Neidich, Chapter 13 Trustee
P.O. Box 279806
Miramar, FL 33027

**Sent via US Mail**
Isabel Fernandez
474 E. 10th Street
Hialeah, FL 33010

**Sent via Electronic Means**
U.S. Bank National Association, as Trustee
for Structured Asset Securities Corporation
Mortgage Pass-Through Certificates, Series
2007-BC3
c/o Keith Labell, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, LLC
Attorneys for Secured Creditor
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
klabell@raslg.com

# EXHIBIT A

Account Summary

# Real Estate Account #04-3117-011-1280

Print this page

**Owner:**
ISABEL FERNANDEZ
**Situs:**
474 E 10 ST
Hialeah 33010-3632

Parcel details

Property Appraiser



Get bills by email

## Amount Due

Your account is **paid in full**. There is nothing due at this time.
Your last payment was made on 11/27/2020 for **$1,065.02**.

Print paid bill (PDF)

Apply for the 2021 installment payment plan

## Account History

| BILL | AMOUNT DUE | | STATUS |
|---|---|---|---|
| 2020 Annual Bill | $0.00 Paid $1,065.02 | 11/27/2020 | Receipt # |
| 2019 Annual Bill | $0.00 Paid $996.51 | 11/25/2019 | Receipt # |
| 2018 Annual Bill | $0.00 Paid $935.80 | 11/28/2018 | Receipt # |

| BILL | AMOUNT DUE | STATUS | |
|---|---|---|---|
| 2017 Annual Bill | $0.00 Paid $916.77 | 12/09/2017 | Receipt #] |
| 2016 Annual Bill | $0.00 Paid $904.53 | 11/23/2016 | Receipt #] |
| 2015 Annual Bill | $0.00 Paid $913.27 | 11/23/2015 | Receipt #] |
| 2014 Annual Bill | $0.00 Paid $922.76 | 11/21/2014 | Receipt #] |
| 2013 Annual Bill | $0.00 Paid $898.95 | 11/22/2013 | Receipt #] |
| Total Amount Due | $0.00 | | |

HelpTerms of ServiceReports
Contact Us Tax Collector home
Announcements footer toggle

© 2019–2021 Grant Street Group. All rights reserved.