UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                       CASE NO. 21-10142-RAM
                                                                                        CHAPTER 13

**Isabel Fernandez,**

    **Debtor.**

_____/

### RESPONSE TO OBJECTION TO CLAIMS ON SHORTENED NOTICE

**COMES NOW**, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BC3 ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Objection to Claim on Shortened Notice ("Objection") (DE # 42), and in support thereof states as follows:

1. Debtor, Isabel Fernandez ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 8, 2021.

2. Secured Creditor holds a security interest in the Debtor's real property located at 474 E 10TH ST, HIALEAH, FL 33010, by virtue of a Mortgage recorded on March 29, 2007, Book 25492, Pages 2916-2937 of the Public Records of Miami-Dade County, FL. Said Mortgage secures a Note in the amount of $252,000.00.

3. Secured Creditor filed its Proof of Claim, on February 18, 2021 as Claim Number 4-1.

4. Pursuant to Federal Rule of Bankruptcy Procedure 3001(f), a proof of claim executed and filed in accordance with the Bankruptcy Rules "shall constitute prima facie evidence of the validity and amount of the claim."

5. On April 23, 2021, Debtor filed an Objection asserting allegations opposing Secured Creditor's claim.

6. Secured Creditor's Proof of Claim, is neither incorrect nor improper as filed.

7. Secured Creditor reserves the right to supplement its Response to Debtor's Objection.

**WHEREFORE**, Secured Creditor respectfully requests this Honorable Court allows Secured Creditor's Proof of Claim as filed as to preserve Creditor's Claim, and for such other and further relief as the Court deems just and proper.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 561-997-6909

By: /s/April Harriott
April Harriott, Esquire
Florida Bar Number 37547
Email: aharriott@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 7, 2021, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Ricardo Corona, Esq.
3899 NW 7 St, Second Floor
Miami, FL 33126

Isabel Fernandez
474 East 10 Street
Hialeah, FL 33010

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                                            By: /s/April Harriott
                                            April Harriott, Esquire
                                            Florida Bar Number 37547
                                            Email: aharriott@raslg.com